### Eagle v. Sherr Realty Company, Appellant.

Argued December 14, 1965. *George P. Williams, III,* with him *Thomas B. Rutter,* and *Schnader, Harrison, Segal & Lewis,* for appellant; *Wilbur Greenberg,* with him *Hillel S. Levinson,* and *Miller, Pincus & Greenberg,* for appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the judgment of the court below is affirmed.

FLOOD, J., absent.

### Eldredge v. Shapiro, Appellant.

Argued December 15, 1965. *Michael H. Egnal,* with him *Egnal & Simons,* for appellant; *Laurence H. Eldredge,* appellee, in propria persona.

Judgment affirmed.

FLOOD, J., absent.

### Hayes, Appellant, v. Exeter Borough

Argued December 16, 1965. *Thomas E. Mack,* with him *Martin J. Meyer,* and *Mack, Kasper & Meyer,* for appellant; *Charles J. Bufalino, Jr.,* Special Assistant Attorney General, with him *Clyde M. Hughes, Jr.,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Commonwealth, appellee.

Order affirmed.

FLOOD, J., absent.